# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

L. DENISE WOODSON,　　　　　　　　)
　　　**Plaintiff,**　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
V.　　　　　　　　　　　　　　　　　　　)　　　**Civil Action No. 1:20-cv-02668**
　　　　　　　　　　　　　　　　　　　　)
RONALD E. SMITH, JR. et al.,　　　　　　)
　　　**Defendants.**　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)

## PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO F.R.Civ.P. 26(a)(1)

Now comes the Plaintiff, Pro Se, filing these Initial Disclosures with this Honorable Court.

## Plaintiff's Proposed Witness List-F.R.Civ.P 26(a)(1)(A)

1. Sharon Easton - Former Title, Sr. Community Resource Specialist, will testify to treatment and knowledge of a hostile work environment to the Plaintiff & herself.

2. Tammy Smith - Former Title Program Manager, School Base, will testify that my medical information was disclosed to her by Sr. Human Resources Business Partner after being on the job less than a week in addition to pejorative comments made to her by Sr. Human Resources Business Partner about the entire school base team as a whole. She will also testify to her work experience there in a hostile work environment.

3. Lissette Bishins - Former Title President & CEO, will testify how long she was employed by EBFSC, what she knew about the Plaintiff beforehand as it relates to her disability and why she fired her after only being employed there for three days without hearing from the Plaintiff.

4. Sharon Ragland - Former Title, Office Manager Former employee who will testify to the unethical behavior of leadership staff.

5. Felecia Ball - Former Title, Program Manager, School Base, Supervisor who will testify to my work ethic and job performance in spite of working in a hostile work environment and with my disability.

**RECEIVED**

FEB 18 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

6. Ashanti Brown - Former Title, Family Support Worker, will testify whether or not he was ever pushed by the Plaintiff (hostile witness possibly).

7. Michell Baker- Former Title, Senior Human Resources Business Partner will testify if she said anything derogatory about the entire school base team. (hostile witness possibly).

8. Al Brown, Title, IT Director, will testify why he did not remove Plaintiff's name from the company website although the names of others on the School Base team were removed and/or changed subsequent to Plaintiff's firing.(hostile witness possibly)

### Plaintiff's Proposed Documents- F.R.Civ.P. 26(a)(1)(B)

1. Emails between Michell Baker, Kristine Dupree and Plaintiff dated October 31, 2019 regarding Intermittent Family Medical Leave.

2. Email from Plaintiff to Lisette Bishins dated November 20, 2019 regarding alleged incident that occurred at Edgewood Brookland.

3. Letter from Edgewood Brookland to Plaintiff, (no date listed), notifying Plaintiff of her termination from Edgewood Brookland. Signed by Michelle Baker and Lisette Bishins. The Plaintiff did not sign.

4. Final paycheck copy dated November 25, 2019. Paycheck was never cashed due to a mandate that the Plaintiff not file any claim against Edgewood Brookland or any of its employees, affiliates, etc.

5. District of Columbia Department of Employment Services Unemployment Division Determination by Claims Examiner, no date given. The District granted the Plaintiff unemployment compensation after Edgewood Brookland did not respond to the District's request for additional information.

6. Email response from Plaintiff to Michellay Cole, Unemployment Claims Examiner, District of Columbia, dated December 12, 2019, answering questions posed by the Examiner.

7. U.S. Equal Employment Opportunity Commission Charge of Discrimination filed by Plaintiff, dated March 26, 2020;

8. June 1, 2020 response of Plaintiff to Edgewood Brookland's response to allegations of discrimination filed with U.S. Equal Employment Opportunity Commission;

9. Contact information for Officer Mohammed Kakay, District of Columbia Police Department following the attack on the Plaintiff at Edgewood Brookland by Monique Hinson on August 21, 2019.

10. U.S. Equal Employment Opportunity Commission Notice of Rights, dated June 24, 2020.

11. Plaintiff's medical records showing her diagnosis and treatment for endometriosis.

12. Performance Evaluations

13. Pictures of the website page that listed Plaintiff's name almost two years after being fired while other employees who no longer worked there were removed.

14. Recordings obtained by the Plaintiff with Defendant while discussing being attacked by an employee, the former President and CEO Lissette Bishins on the day Plaintiff was fired, and the Plaintiff's supervisor at the time, Kristine Dupree.

### Computation of Damages-F.R.Civ.P 26(a)(1)(C)

The Plaintiff computed her damages based upon the loss of economic opportunity that being terminated from Edgewood Brookland caused both from the loss of her paycheck, the illegal discrimination against her by Edgewood Brookland and the tarnishing of her reputation by Edgewood Brookland. Due to Edgewood Brookland's actions, the Plaintiff was forced onto unemployment and was made to search for employment during a pandemic, when mostly everything was shut down in the country.

The Plaintiff believes that the Defendants' actions, leading up to, during and following her termination were illegal, malicious and without justification.

## Expert Witness Disclosure-F.R.Civ.P 26(a)(2)

1. The Plaintiff discloses the following expert medical providers as her expert witnesses:

   A. Dr. John George, III, will testify to the impact of endometriosis and its disabling effects.
   B. Dr. Edward Aulisi, will testify about the gradual progression of another condition that developed around stress while employed there.
   C. Dr. Jeffery C. Mai, will testify to the current status of other condition and its impact on the Plaintiff.

Respectfully submitted,

PLAINTIFF
PRO SE

L. Denise Woodson
4508 B Street, SE, Apt. 9
Washington, DC 20019
Phone: (301) 675-2555
Email: l.denisewoodson@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was filed with the Clerk of the Court on this 18th day of February, 2022 and a copy was sent via first class mail and e-mail to:

Christina M. Heischmidt (D.C. Bar No. 1006759)
8444 Westpark Drive, Suite 510
McLean, Virginia 22102-5102
Christina.heischmidt@wilsonelser.com
703.245-9300
703.245-9301(Facsimile)

L. Denise Woodson
Plaintiff
Pro Se
4508 B Street, SE, Apt. 9
Washington, DC 20019